UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| GAGE BROS. CONCRETE PRODUCTS, INC., | **4:19-CV-4166-LLP** |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CINCINNATI INSURANCE COMPANY, | |
| Defendant. | |

IT IS HEREBY ORDERED that Plaintiff Gage Bros. Concrete Products, Inc. is entitled to judgment in the form of declaratory relief as set forth in the Memorandum Opinion and Order issued by the Court on this date.

Dated this 23rd day of April, 2021.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK