UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

---

| | |
|---|---|
| GAGE BROS. CONCRETE PRODUCTS, INC. | CIV 19-4166 |
| Plaintiff, | |
| vs. | NOTICE OF APPEAL |
| CINCINNATI INSURANCE CO. | |
| Defendant. | |

---

Notice is hereby given that Cincinnati Insurance Company appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment/Order entered in this action on April 23, 20201.

No transcript is requested because no hearing was held on the motions for summary judgment.

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal have been filed/served upon the U.S. District Court and all counsel of record and that no transcript has been ordered and no payment for court reporter services is necessary (Fed. Rule App. Proc. 10(b)).

_____
Attorney/Party Signature

May 24, 2021_____
Date

Address: _____101 N. Main Avenue, Suite 213_____
_____P. O. Box 2790_____
_____Sioux Falls, SD  57101-2790_____

Phone Number: _____(605) 275-9599_____