# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-2184

_____

Cincinnati Insurance Company

Plaintiff - Appellant

v.

Gage Bros. Concrete Products, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:19-cv-04166-LLP)

_____

## JUDGMENT

The joint motion to dismiss the appeal is granted. The appeal is hereby dismissed in

accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

June 17, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans