# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2184

Cincinnati Insurance Company

Appellant

v.

Gage Bros. Concrete Products, Inc.

Appellee

---

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:19-cv-04166-LLP)

---

## MANDATE

In accordance with the judgment of 06/17/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 17, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit