UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| GAGE BROS. CONCRETE PRODUCTS, INC., | \* | Case No.: 19-cv-4166 |
| Plaintiff, | \* | |
| vs. | \* | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CINCINNATI INSURANCE COMPANY, | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOW COME the Plaintiff Gage Bros. Concrete Products, Inc. and the Defendant Cincinnati Insurance Company (collectively, the "Parties") and, pursuant to Federal Rule of Civil Procedure 42(a)(1)(A)(ii), state as follows for their Joint Stipulation of Dismissal with Prejudice:

The Parties have resolved the issues in this lawsuit and stipulate to the voluntary dismissal of this suit with prejudice, with the Parties to each bear their own costs.

WHEREFORE, the Parties respectfully move this Honorable Court enter an Order dismissing these proceedings with prejudice, with each Party to bear their own costs.

Respectfully Submitted,

1

DAVENPORT, EVANS, HURWITZ &
SMITH, L.L.P.

Justin T. Clarke
P. O. Box 1030
Sioux Falls, SD  57101-1030
Telephone:  (605) 336-2880
Facsimile:  (605) 335-3639
Email: jclarke@dehs.com
*Attorneys for Plaintiff-Appellee*

EVANS, HAIGH & HINTON, L.L.P.

Mark W. Haigh
101 N. Main Avenue, Suite 213
P. O. Box 2790
Sioux Falls, SD  57101-2790
Telephone:  (605) 275-9599
Facsimile:  (605) 275-9602
E-mail:  mhaigh@ehhlawyers.com
*Attorneys for Defendant-Appellant*

2